UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-81152-CIV-COHN/SELTZER

JOSEPH ERIC PELUSO, III,

   Plaintiff,

v.

UNITED STATES OF AMERICA,

   Defendant.
_____/

### ORDER STRIKING NOTICE OF DISMISSAL

**THIS CAUSE** is before the Court on Plaintiff Joseph Eric Peluso, III's Notice of Dismissal of Complaint Without Prejudice [DE 36] ("Notice of Dismissal").  The Court has considered the Notice of Dismissal, the record in this case, and is otherwise advised in the premises.

Pursuant to Federal Rule of Civil Procedure 41, a plaintiff may only dismiss an action without a court order by filing "(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared."  Fed. R. Civ. P. 41(a)(1)(A).  Otherwise, "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."  Fed. R. Civ. P. 41(a)(2).

In this case, the Government filed an Answer [DE 14] as well as a Motion for Summary Judgment [DE 30].  The Notice of Dismissal seeks dismissal without prejudice, and is signed only by Plaintiff, not by the Government.  Therefore, because the Notice of Dismissal is improper under the plain language of Rule 41, the Court will strike the Notice of Dismissal.

Furthermore, Plaintiff's Response to the Motion for Summary Judgment was due by May 4, 2011.  See DE 34.  On May 5, 2011, based on Plaintiff's failure to respond by the May 4th deadline, the Government filed a Motion for Default Judgment [DE 35]. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff Joseph Eric Peluso, III's Notice of Dismissal of Complaint Without Prejudice [DE 36] is **STRICKEN** from the record.  It is further

**ORDERED AND ADJUDGED** that Plaintiff shall respond to the Government's Motion for Default Judgment [DE 35] by no later than **Monday, May 9, 2011**. Alternatively, in compliance with Federal Rule of Civil Procedure 41, Plaintiff may file a stipulation of dismissal signed by all parties who have appeared, a notice of voluntary dismissal with prejudice, or a motion for voluntary dismissal without prejudice by **Monday, May 9, 2011**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 5th day of May, 2011.

/s/ James I. Cohn
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF